PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Mohit Tandon                           Docket No. 0864 0:17CR00107-018(DWF)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Mohit Tandon** who was placed under pretrial supervision by the Honorable Franklin L. Noel, sitting in the Court at Minneapolis on the 23rd day of June, 2017, under the following special conditions:

- Pretrial Services Supervision
- Obtain and Maintain Employment
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Location Monitoring Program (Modified to Curfew Schedule, March 13, 2018)
- Sex Addiction Treatment
- Report Contact With Law Enforcement Authorities

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has been supervised in the Northern District of Illinois since June 23, 2017. To date, all drug screens have tested negative for any illegal substances and all home assessments have revealed no illegal activities. The defendant continues to maintain full-time employment at his family's bridal and formal wear business. Additionally, the defendant has been approved on multiple occasions by Your Honor to travel outside the state of Illinois for business purposes. At this time, defense counsel is requesting the location monitoring condition be removed.

The government was advised of the request and offered no objection to the proposed modification.

PRAYING THAT THE COURT WILL ORDER: That the location monitoring condition be removed.

ORDER OF THE COURT

Considered and ordered this __17th__ day of May, 2018, and ordered filed and made a part of the records in the above case.

_s/Donovan W. Frank_
Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Houa Vang*
Houa Vang
U.S. Probation Officer
651-848-1273

Executed on    May 17, 2018

Place          St. Paul, Minnesota

Approved:

s/ *John P. Rayman*
John P. Rayman
Supervising U.S. Probation Officer