# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 17-107(18) (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mohit Tandon, | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion for Modification of Bond to Allow Overnight Out of State Travel to New York for a Family Wedding. (Doc. No. [806].) The defendant has indicated that the government previously indicated that they defer to Pretrial Services' recommendation on modifications of this nature. The Court has conferred with United States Probation and Pretrial Services for the District of Minnesota and they have indicated that the supervising officer from the Northern District of Illinois has no objection to this request for travel. The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that:

1. Defendant Mohit Tandon's Unopposed Motion for Modification of Bond to Allow Overnight Out of State Travel to New York for a Family Wedding (Doc. No. [806]) is **GRANTED**.

2. Defendant Mohit Tandon, under the supervision of the U.S. Probation Office in the Northern District of Illinois, is granted permission to travel from Chicago, Illinois, to New York City, New York, while staying in a hotel in New Jersey, from May 24, 2018 through May 29, 2018, for the purpose of attending a family wedding.

All other previously imposed terms and conditions of pretrial release shall remain in effect.

Dated:  May 21, 2018               s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge